and Another, Appellants.— Motion granted, and time to answer extended until ten days after decision of the appeal. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

JACOB SILFEN and Another, Respondents, v. SADIE ELLMAN and Others, Appellants.— Motion granted, without costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

WALTER I. STILLWELL, as Executor, etc., Plaintiff, v. SHELTER REALTY COMPANY, INC., Appellant. GUSTAF W. MATTSON, Respondent, and Others, Defendants.— Motion denied on condition that appellant pay twenty-five dollars costs on or before the 13th day of January, 1920, and be ready to argue or submit the appeal on the 16th day of January, 1920. If either of these conditions is not complied with, the motion is granted, with ten dollars costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

EDWARD J. CONNOR, Doing Business under the Trade Name, etc., Respondent, v. JAMES A. DALY and MALCOLM MERRITT, Doing Business under the Firm Name, etc., Appellants.— Judgment of the County Court of Westchester county modified by reducing it to the sum of thirty-six dollars and seventy-five cents, and as so modified judgment and order unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

J. FRANK ENGLISH, Respondent, v. JOHN J. RYAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

JULIUS G. HEINICKE, Respondent, v. FRANKLIN V. CANNING, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Estate of JULIA LORILLARD BUTTERFIELD, Deceased. ALBERT FRANCIS HAGAR, Individually and as Executor and Trustee, etc., Appellant; KATHLEEN ISABEL WHEELER and Others, Respondents.— Decree of the Surrogate's Court of Putnam county affirmed, with a separate bill of costs to each of the respondents who has appeared and filed a brief, payable out of the estate. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

HERMAN JOSIAS, Appellant, v. SUGAR PRODUCTS COMPANY, Respondent.— Judgment modified by striking out the words "on the merits," and as so modified judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

CONSTANCE A. MACKINNEY, as Administratrix, etc., of JOHN C. MAC-KINNEY, Deceased, Respondent, v. EDUARDO HIGGINSON and CHARLES F. MILLER, as Executors, etc., of ISABEL ARAMBURU MACKINNEY, Deceased, and Others, Appellants, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

H. MUELLER MFG. COMPANY, LIMITED, Respondent, v. PAUL WENGER, Appellant. (Appeal No. 1.) — As appears from the record, this motion was made upon the summons and complaint. According to section 547, Code of Civil Procedure, such a motion can be made only after issue joined. The

motion in this case was premature. Order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

Louise A. Platz, Respondent, v. New York Consolidated Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox,.JJ.

The People of the State of New York, Respondent, v. Jeremiah Sullivan, Appellant.— Judgment of conviction affirmed. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

The People of the State of New York ex rel. John W. Brierton, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

The People of the State of New York ex rel. Realty Associates, Appellant, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Orders affirmed, with ten dollars costs and disbursements in each instance. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

William J. Rague, Appellant, v. New York Evening Journal Publishing Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

James E. Rice, Respondent, v. Ada O'Donohue, as Executrix, etc., of John B. O'Donohue, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

Howard Sutphin, Respondent, v. George L. Adams, Appellant.— Judgment of the County Court of Queens county reversed, and new trial ordered, costs to abide the event, upon the ground that plaintiff failed to prove a contract under which defendant was to pay him one-half of the com- mission received by defendant, and also failed to prove a consideration for such a contract. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

Elizabeth H. Valentine, Appellant, v. Samuel P. Blackburn and Another, Copartners, etc., Respondents.— Appeal dismissed on default, without costs. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

Harry A. Werres, an Infant, by August J. Werres, His Guardian ad Litem, Respondent, v. Richard H. Days, Appellant.— Stay in the order to show cause vacated, without costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

John H. Bollmann, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

Pasquale D'Ambra, Respondent, v. Philip Rhinelander, Appellant.